■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL WILLIS, Appellant. [771 NYS2d 912]—

Appeal by the defendant from a judgment of the County Court, Suffolk County (Gazzillo, J.), rendered August 22, 2001, convicting him of criminal possession of a controlled substance in the third degree (two counts) and unlawful possession of marijuana, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the limited extent to which a prosecution witness was allowed to invoke the privilege against self-incrimination did not undermine the defendant's right of confrontation (*see People v Chin,* 67 NY2d 22 [1986]; *People v Navarro,* 251 AD2d 353 [1998]; *People v Brock,* 238 AD2d 347 [1997]; *People v Rodriguez,* 177 AD2d 664 [1991]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). S. Miller, J.P., Luciano, Adams and Cozier, JJ., concur.